1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEGAN HOCKING,** | **Case No.** SACV 17-00317 JLS (AJWx) |
| **Plaintiff,** | **ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **v.** | |
| **ERIN CAPITAL MANAGEMENT, LLC; ROSEN & LOEB; AND ELTMAN LAW, P.C.** | |
| **Defendants.** | HON. JOSEPHINE L. STATON |

Having reviewed the Stipulation filed by the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 20, 2017

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE